Gale K. Francis, Bar # 4213
Assistant Attorney General
Laron Lind, Bar # 8334
Assistant Attorney General
Stephen W. Lewis, Bar # 1952
Assistant Attorney General
Laron Lind, Bar # 8334
Assistant Attorney General
Attorneys for the Plaintiff
210 N 1950 W
Salt Lake City, UT  84134-7040
Telephone: 801-297-6219
           801-366-0375

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  DISTRICT OF UTAH

In Re:
  ROGER PETERSON
  XXX-XX-2014



  Debtor

Bankruptcy Case Number:   10-34953


OBJECTION TO
CONFIRMATION OF
CHAPTER 13 PLAN

    COMES NOW, the Utah State Tax Commission and objects to confirmation of debtor's Chapter 13 plan as authorized by 11 U.S.C. Sec.1324.  This objection is made on the grounds that the plan does not comply with the provisions of Chapter 13 and has not been proposed in good faith as required by 11 U.S.C. Sec.1325 (a) (1), (3), and in failure of debtor(s) to comply with 11 U.S.C. Sec. 1322 (a) (2) to provide for the full payment of all Utah State Tax Commission tax claims entitled to priority under 11 U.S.C. Sec. 507.

    Debtor's plan specifically fails to provide for full payment of the following debt: The debtor(s) has(have) failed to file appropriate Tax Returns for 2007 as requested by the Utah State Tax Commission as set forth in the interim Order.

    DATED this 18th day of November, 2010

/s/ Gale K. Francis
Assistant Attorney General

BK OBJECTION TO CONFIRMATION                                               L0529501312